1  **BYRNE & NIXON LLP**
   MARK A. BYRNE (CA SB# 116657)
2  E-mail: markbyrne@byrnenixon.com
   JENNIFER L. DERWIN (CA SB# 222420)
3  E-mail: jenniferderwin@byrnenixon.com
   888 West Sixth Street, Suite 1100
4  Los Angeles, California 90017
   Tel: (213) 620-8003
5  Fax: (213) 620-8012

6
7  Attorneys for Defendant
   MARY MARGARET KREUPER

8            UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 21-cr-00273-ODW |
12 | Plaintiff, | **STIPULATION RE RECOMMENDATION FOR DESIGNATION** |
13 | vs. | |
14 | MARY MARGARET KREUPER, | Judge: Hon. Otis D. Wright II
                                Ctrm.: 5D |
15 | Defendant. | |

- 1 -

STIPULATION RE RECOMMENDATION FOR DESIGNATION

Defendant Mary Margaret Kreuper, by and through her counsel of record, Mark A. Byrne of Byrne & Nixon LLP, and Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney ("AUSA") Poonam G. Kumar, hereby AGREE AND STIPULATE as follows:

1. On February 7, 2022, Defendant Kreuper appeared before this Court for sentencing. The Court sentenced Defendant Kreuper to imprisonment for a term of one year and one day. Dkt. 39.

2. Defendant Kreuper requests that the Court strongly recommend that she be designated to FCI Victorville's satellite camp to be close to members of her religious Order and friends. If FCI Victorville's satellite camp is not available, Defendant Kreuper requests the Court recommend that she be designated to FCI Dublin's satellite camp.

3. The Government has no objection to this request.

THEREFORE, the Parties request that the Court enter the [Proposed] Order re Recommendation for Designation filed concurrently herewith.

DATED: February 9, 2022     BYRNE & NIXON LLP

　　　　　　　　　　　　　　　　/s/ Mark A. Byrne
　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　MARK A. BYRNE

　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　MARY MARGARET KREUPER

DATED: February 9, 2022     　/s/ Poonam G. Kumar*
　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　Assistant United States Attorney Poonam G. Kumar

　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　UNITED STATES OF AMERICA

　　　　　　　　　　　　　　*Pursuant to authorization received 2/9/22

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 888 West Sixth Street, Suite 1100, Los Angeles, California 90017.

On February 10, 2022, I served the document described as STIPULATION RE RECOMMENDATION FOR DESINATION on the interested parties as follows:

AUSA Poonam Kumar
Poonam.Kumar@usdoj.gov

    **(BY MAIL)** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

    I placed such envelope with postage thereon prepaid in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

X    **(BY E-MAIL OR ELECTRONIC TRANSMISSION)** I caused a copy of the document(s) to be sent to the persons listed on the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct and I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on February 10, 2022, at Los Angeles, California.

                                                 /s/ Leticia Rosales
                                                 Leticia Rosales