1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        |   CASE NO.  21-cr-00273-ODW

12              Plaintiff,            |   **ORDER RE RECOMMENDATION**
                                       |   **FOR DESIGNATION**
13        vs.                         |
                                       |   Judge: Hon. Otis D. Wright II
14   MARY MARGARET KREUPER,            |   Ctrm.: 5D

15              Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

                        - 1 -

## <u>ORDER</u>

The Court, having considered the Stipulation of the Parties and good cause appearing therefor:

**IT IS HEREBY ORDERED** that:

The Court strongly recommends that Defendant Mary Margaret Kreuper be designated to FCI Victorville's satellite camp given its proximity to members of her religious Order and friends.  If Sr. Kreuper cannot be placed at FCI Victorville's satellite camp, the Court recommends that she be designated to FCI Dublin's satellite camp.

DATED:      February 10, 2022

_____
Hon. Otis D. Wright II
U.S. District Judge

**Cc:USM**

- 2 -

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 888 West Sixth Street, Suite 1100, Los Angeles, California 90017.

On February 10, 2022**,** I served the document described as [PROPOSED] ORDER RE RECOMMENDATION FOR DESIGNATION on the interested parties in this action as follows:

AUSA Poonam Kumar
Poonam.Kumar@usdoj.gov

**(BY MAIL)**  I caused such envelope to be deposited in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

I placed such envelope with postage thereon prepaid in the United States mail at Los Angeles, California.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

X    **(BY E-MAIL OR ELECTRONIC TRANSMISSION)**  I caused a copy of the document(s) to be sent to the persons listed on the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct and I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  Executed on February 10, 2022, at Los Angeles, California.

/s/ Leticia Rosales
Leticia Rosales