```
1  TRACY L. WILKISON
   United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   POONAM G. KUMAR (Cal. Bar No. 270802)
4  Assistant United States Attorney
   Deputy Chief, Major Frauds Section
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0719
7       Facsimile: (213) 894-6269
        E-mail:    poonam.kumar@usdoj.gov
8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. **See Attachment A** |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF DEPARTURE FROM THE UNITED STATES ATTORNEY'S OFFICE; ATTACHMENT A |
| **See Attachment A**, | |
| Defendant. | |

Plaintiff, United States of America, hereby advises the court that **POONAM GANESH KUMAR** is departing the United States Attorney's Office, and all of the cases in **Attachment A** should have the contact information replaced with the generic USAO email used for docketing.

Dated: February 28, 2022

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

  /s/
POONAM G. KUMAR
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

# ATTACHMENT A

5:99-cr-00051
2:00-cr-00047
2:08-cr-00221
2:03-cr-00695
2:04-cr-01516
2:08-cr-00317
2:08-cr-00383
2:08-cr-00398
2:09-cr-00044
2:09-cr-00848
2:09-cr-00992
2:09-cr-01070
2:10-cr-00536
2:10-cr-01181
2:11-cr-01053
2:13-cr-00345
2:14-cr-00448
2:14-cr-00601
2:14-cv-09005
2:14-cr-00701
2:14-cv-09678
2:15-cr-00172
2:15-cr-00185
2:15-cr-00212
2:15-cr-00289
2:15-cr-00297
2:15-cr-00343
2:15-cr-00362
2:15-cr-00430
2:15-cr-00448
2:15-cr-00478
2:15-cr-00521
2:15-cr-00551
2:15-cr-00677
2:15-cv-00336
2:15-cv-09820
2:16-cr-00489
2:16-cr-00491
2:16-cr-00807
2:16-cr-00824
2:17-cr-00210
2:17-cr-00344
2:17-cr-00382
2:17-cr-00572
2:19-cr-00554
2:19-cv-06633

2:19-cv-09868
2:20-cr-00429
2:21-cr-00273